NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLUOR TEC, CORP.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**LUMMUS TECHNOLOGY, INC.,**
*Appellee.*

---

2012-1295
(Reexamination No. 95/001,168)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

ON MOTION

---

ORDER

Fluor Tec Corp. moves without opposition for a 30-day extension of time, until September 12, 2012, to file its reply brief and the joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

AUG 16 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert Fish, Esq.
    Raymond T. Chen, Esq.
    Jeffrey Stewart Bergman, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 16 2012

JAN HORBALY
CLERK